| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Starrett, Keith | 2. Court or Organization U.S. District Court for the Southern Division of Mississippi | 3. Date of Report 5/27/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2010 to 12/31/2010 |
| 7. Chambers or Office Address 701 N. Main Street Suite 228 Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Director | M-J-K, Inc. |
| 2. Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | |
| 3. | |

# Starrett , Keith

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $584.90 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 5/30/2010 - 6/5/2010 | Boston, MA | NADCP Board Meeting and Seminar | Travel Expenses (food, hotel, mileage, airfare) |
| 2. | Mississippi College School of Law | 8/11/2010 | Jackson, MS | Judge Moot Court Trials | Travel Expenses (food and mileage) |
| 3. | National Association of Drug Court Professionals | 11/17/2010 - 11/21/2010 | Alexandria, VA | NADCP Board Meeting | Travel Expenses (food, hotel, mileage, airfare) |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trustmark National Bank | Real Estate Loan | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy | E | Royalty | L | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Dividend | K | T | | | | | |
| 7. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 8. Regions National Bank | A | Interest | J | T | | | | | |
| 9. Royalty Interests Fernwood Field; Pike Co., MS | | None | | | Redeemed | 01/01/10 | J | | Became Worthless |
| 10. Timberland Walthall Co., MS; | C | Rent | P1 | W | | | | | |
| 11. Timberland Pike Co., MS | C | Rent | P1 | W | | | | | |
| 12. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 13. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 14. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 15. by Independent Investment Advisors | | | | | | | | | |
| 16. Assets of Trust | | | | | | | | | |
| 17. -SLIAX Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -SLBAX Mutual Fund | | | | | | | | | |
| 19.  -ABALX Mutual Fund | | | | | | | | | |
| 20.  -EBAY | | | | | | | | | |
| 21.  -QualComm., Inc. | | | | | | | | | |
| 22.  -MNT | | | | | | | | | |
| 23.  -MIRKQ (Mirant) name changed to G ENON | | | | | | | | | |
| 24.  -Schnitzer Steel Industries | | | | | Sold (part) | 04/16/10 | J | D | |
| 25.  -Quadra Mining | | | | | partial sell | 07/17/10 | J | C | |
| 26.  -Contl Airlines Cl B | | | | | | | | | |
| 27.  -Great Plains Energy | | | | | Buy | 04/03/10 | J | | |
| 28.  -Sigma Designs | | | | | Sold | 05/28/10 | J | | |
| 29.  -OZ Minerals, f/k/a Zinifex | | | | | | | | | |
| 30.  -Century Aluminum | | | | | | | | | |
| 31.  -Sirius XM, f/k/a XM Satellite Radio | | | | | | | | | |
| 32.  -Anadigics, Inc. | | | | | | | | | |
| 33.  -Rowan Companies | | | | | | | | | |
| 34.  -EZ Chip Semiconductor, f/k/a Lanoptics LTD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Semitool, Inc. | | | | | | | | | |
| 36. -Hercules Offshore | | | | | | | | | |
| 37. -Patterson Energy | | | | | | | | | |
| 38. -Micron Tech | | | | | | | | | |
| 39. -Tata Motors | | | | | | | | | |
| 40. -Netlogic | | | | | | | | | |
| 41. -Aditya Birla Minerals | | | | | | | | | |
| 42. -First Nickel | | | | | | | | | |
| 43. -Laboratory Corp of America | | | | | | | | | |
| 44. -Perilya Ltd. | | | | | | | | | |
| 45. -Commercial Metals Co. | | | | | Sold | 11/17/10 | J | | |
| 46. -Liberty Mines | | | | | | | | | |
| 47. -Ivernia Inc. | | | | | | | | | |
| 48. -Anadigits Inc. | | | | | | | | | |
| 49. -Diana Shipping | | | | | | | | | |
| 50. -Intel Corp. | | | | | | | | | |
| 51. -Deere and Company | | | | | Sold | 06/18/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Apple Computer | | | | | | | | | |
| 53. -Phosphate Holdings, Inc. | | | | | | | | | |
| 54. -Teck Cominco Ltd. *Name changed to Teck Resources | | | | | | | | | |
| 55. -Castle A M & Company | | | | | Sold | 12/17/10 | J | | |
| 56. -Schnizer Steel | | | | | | | | | |
| 57. -Xilinx, Inc. Convertible Bond | | | | | | | | | |
| 58. -Teck Cominco Ltd. *Name changed to Teck Resources | | | | | Buy (add'l) | 03/26/10 | J | | |
| 59. -Quadra Mining, Ltd. | | | | | | | | | |
| 60. -Century Aluminum Company | | | | | | | | | |
| 61. -Whole Food Market, Inc. | | | | | | | | | |
| 62. -Dana Holding Corp. | | | | | | | | | |
| 63. -Synaptics, Inc. | | | | | Sold | 10/20/10 | J | A | |
| 64. -Northgate Minerals, Inc. | | | | | Sold | 10/10/10 | J | A | |
| 65. -Freeport McMoran Copper and Gold | | | | | Buy | 10/10/10 | K | | |
| 66. -Advanced Micro Devices | | | | | Sold | 09/09/10 | J | | |
| 67. -Quick Logic Corp | | | | | Sold | 02/09/10 | J | | |
| 68. -Newmont Mining | | | | | Buy | 04/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Obagi Medical Products | | | | | Buy | 04/16/10 | J | | |
| 70. -C F Holdings | | | | | Buy | 06/23/10 | J | | |
| 71. -Vivus | | | | | Buy | 07/13/10 | J | | |
| 72. -Goldman Sacks Bond | | | | | Buy | 07/20/10 | K | | |
| 73. -AIG Bond | | | | | Buy | 07/20/10 | J | | |
| 74. -General Electric Bond | | | | | Buy | 07/20/10 | J | | |
| 75. -Micron Technology Bond | | | | | Buy | 10/04/10 | J | | |
| 76. -Quicklogic Corp | | | | | Buy | 10/26/10 | J | | |
| 77. -AK Steeling Holdings | | | | | Buy | 11/26/10 | J | | |
| 78. -Sirius Radio | | | | | Buy | 12/31/10 | J | | |
| 79. -Compugen Ltd. | | | | | Buy | 07/20/10 | J | | |
| 80. -Synaptics | | | | | Buy | 07/17/10 | J | | |
| 81. -Northgate Minearl Corp. | | | | | Buy | 07/24/10 | J | | |
| 82. -Secured Loan to McMillan & Honea | | | | | | | | | |
| 83. -Regions National Bank Money Market Acct. | | | | | Redeemed | 07/24/10 | L | | |
| 84. -Timberland Copiah Co., MS | | | | | | | | | |
| 85. -Timberland Attala Co., MS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 87. -Guardian Life Insurance Policies | | | | | | | | | |
| 88. Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 89. Decisions made by Independent Advisors | | | | | | | | | |
| 90. Emerson Electric Co | A | Dividend | K | T | | | | | |
| 91. Medtronic Inc | | None | | | Sold | 06/18/10 | J | | |
| 92. Enterprise Partners, f/k/a Pioneer Natural Res Co | B | Dividend | J | T | | | | | |
| 93. Qualcomm Inc | A | Dividend | L | T | | | | | |
| 94. Continental Airlines | | None | J | T | | | | | |
| 95. EZ Chip Semiconductor, f/k/a Lanoptics Ltd. | | None | J | T | | | | | |
| 96. Laboratory Corp of America | | None | J | T | | | | | |
| 97. Teck Cominico Ltd. *Name change to Teck Resources | A | Dividend | K | T | | | | | |
| 98. Quadra Mining, Ltd. | | None | K | T | | | | | |
| 99. Netlogic Microsystems, Inc. | | None | J | T | | | | | |
| 100. Whole Foods Market, Inc. | | None | J | T | | | | | |
| 101. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |
| 102. Vivus | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nevada Copper Company | | None | J | T | | | | | |
| 104. Catepillar, Inc. | A | Dividend | J | T | | | | | |
| 105. Newmont Mining | A | Dividend | J | T | Buy | 04/12/10 | J | | |
| 106. Compugen Ltd. | | None | J | T | Buy | 06/18/10 | J | | |
| 107. Ensco Int | A | Dividend | J | T | | | | | |
| 108. Synaptics Inc. | | None | J | T | | | | | |
| 109. Monsanto, Inc. | A | Dividend | J | T | | | | | |
| 110. Mosaic, Inc. | A | Dividend | J | T | | | | | |
| 111. Phosphate Holdings | | None | J | T | | | | | |
| 112. Freeport McMoron Copper and Gold | A | Dividend | K | T | | | | | |
| 113. A K Steel | A | Dividend | J | T | | | | | |
| 114. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 115. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 116. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 117. -Breakwater Rosources Ltd. new | | | | | | | | | |
| 118. -Energy Conversion Devices | | | | | | | | | |
| 119. -Sigma Designs | | | | | Sold | 05/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Quadra Mining | | | | | | | | | |
| 121. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | | | | | |
| 122. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | | | | | |
| 123. -Greenbrier Co | | | | | Sold | 08/25/10 | J | A | |
| 124. -Century Aluminum | | | | | | | | | |
| 125. -Anadigics, Inc. | | | | | | | | | |
| 126. -Rowan Companies | | | | | | | | | |
| 127. -Amgen | | | | | | | | | |
| 128. -Bancroft Convertible Fund | | | | | Sold | 12/22/10 | J | A | |
| 129. -Cree Research | | | | | Sold | 03/08/10 | J | A | |
| 130. -Ebay, Inc. | | | | | | | | | |
| 131. -Emerson Electric | | | | | | | | | |
| 132. -Altera Corp. | | | | | Sold | 10/28/10 | J | D | |
| 133. -Altair Nanotechnologies | | | | | Sold | 03/08/10 | J | | |
| 134. -EZ Chip Semiconductor, f/k/a Lanoptics | | | | | | | | | |
| 135. -Microvision | | | | | Sold | 03/08/10 | J | | |
| 136. -National Semiconductor | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Pfizer | | | | | Sold | 08/20/10 | J | | |
| 138. -Qualcomm | | | | | | | | | |
| 139. -Schnifzer Steel | | | | | | | | | |
| 140. -Semitool Inc. | | | | | Sold | 08/26/10 | J | | |
| 141. -Synaptics, Inc. | | | | | | | | | |
| 142. -Xilinx, Inc. (Convertable Bond) | | | | | | | | | |
| 143. -Ebay | | | | | | | | | |
| 144. -American Capital, Ltd. | | | | | Sold | 12/22/10 | K | C | |
| 145. -Northgate Minerals Corp. | | | | | | | | | |
| 146. -Calmaine Foods | | | | | Sold | 01/13/10 | K | C | |
| 147. -Mercator Minerals | | | | | | | | | |
| 148. -Obagi Medical Products | | | | | | | | | |
| 149. -Whole Foods Market, Inc. | | | | | | | | | |
| 150. -Steel Dynamics Convertible Bond | | | | | | | | | |
| 151. -Newmont Mining Convertible Bond | | | | | | | | | |
| 152. -Freeport McMoron Copper and Gold | | | | | | | | | |
| 153. -Market Vectors Gold Miners ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Micron Technology Convertible Bond | | | | | | | | | |
| 155. -Catepiller, Inc. | | | | | | | | | |
| 156. -Advanced Micro Devices Bond | | | | | | | | | |
| 157. -Xilinx, Inc. | | | | | Sold | 03/08/10 | J | | |
| 158. -Tata Motors | | | | | Buy | 06/18/10 | J | | |
| 159. -Ensco Int. | | | | | Buy | 06/18/10 | J | | |
| 160. -UAL Corp. Bond | | | | | Buy | 08/25/10 | J | | |
| 161. -Teck Resources | | | | | Buy | 08/25/10 | J | | |
| 162. -Newmont Mining | | | | | Buy | 08/25/10 | J | | |
| 163. -International Paper | | | | | Buy | 12/01/10 | K | | |
| 164. -Castle AM & Co | | | | | Buy | 06/18/10 | J | | |
| 165. -Commercial Metals | | | | | Buy | 06/18/10 | J | | |
| 166. -Hospitality Properties | | | | | Buy | 06/11/10 | K | | |
| 167. -Advanced Micro Dev. (Convertable Bond) | | | | | Buy | 06/11/10 | J | | |
| 168. -Teva Pharmaceutical (Convertable Bond) | | | J | T | Buy | 06/11/10 | J | | |
| 169. -U.S. Steel | A | Dividend | J | T | | | | | |
| 170. -Google, Inc. | | | | | Buy | 12/10/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA #2 All investment decisions made by independent | | | | | | | | | |
| 172. Investment Advisors | C | Dividend | K | T | | | | | |
| 173. -Allied Capital | | | | | Sold | 04/05/10 | J | | |
| 174. -Schnitzer Steel | | | | | | | | | |
| 175. -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | | | | | |
| 176. -Rowan Companies | | | | | | | | | |
| 177. -Continential Airlines | | | | | | | | | |
| 178. -Anadigics | | | | | | | | | |
| 179. -Laboratory Corp of Am | | | | | | | | | |
| 180. -Boeing, Inc. | | | | | Sold | 03/09/10 | J | | |
| 181. -Perilyn, Inc. | | | | | | | | | |
| 182. -Intel Corp | | | | | | | | | |
| 183. -Diana Shipping | | | | | | | | | |
| 184. -Universal Stainless and Alloy | | | | | | | | | |
| 185. -Ensco International | | | | | | | | | |
| 186. -Deere and Company | | | | | Sold | 06/18/10 | J | A | |
| 187. -Hospitality Properties | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Marketvector's Gold ETF | | | | | | | | | |
| 189. -Catepiller, Inc. | | | | | | | | | |
| 190. -United States Steel | | | | | | | | | |
| 191. -Mosaic Co | | | | | | | | | |
| 192. -C.F. Industries | | | | | | | | | |
| 193. -Quadra Int | | | | | | | | | |
| 194. -Newmont Mining | | | | | | | | | |
| 195. Other assets owned ▓▓▓▓▓ | | | | | | | | | |
| 196. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 197. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 198. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 199. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 200. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 201. Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |
| 202. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 203. Timberland Lincoln Co., MS | A | Rent | L | W | | | | | |
| 204. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Note and Mortgage Receivable █████ | E | Interest | N | T | | | | | |
| 206. Assets of M-J-K, Inc. ░░░░░░░░░ ░░░░░ | D | Int./Div. | J | T | | | | | |
| 207. Mirant Corp | | None | J | T | | | | | |
| 208. Other Assets Owned ░░░░░░░░ ░░░░ | | | | | | | | | |
| 209. Charles Schwab Personal Account # 2 | | | | | | | | | |
| 210. MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | K | T | | | | | |
| 211. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 212. Educational Building Corp. Bond | A | Interest | J | T | | | | | |
| 213. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 214. MS Home Corp. Bond | A | Interest | J | T | | | | | |
| 215. MS Home Corp - Single Family Bond | A | Interest | J | T | | | | | |
| 216. MS State Bond | B | Interest | K | T | | | | | |
| 217. Virginia Tobacco Settlement Bond | A | Interest | J | T | | | | | |
| 218. Parkway East Public Improvement Bond | B | Interest | J | T | | | | | |
| 219. Harrison County Bond | B | Interest | K | T | | | | | |
| 220. Tarrant County, Texas Bond | B | Interest | K | T | | | | | |
| 221. MS Developement Bank Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MS. Developement Bank Bond | A | Interest | J | T | | | | | |
| 223. Puerto Rico Commonwealth Bonds | B | Interest | K | T | | | | | |
| 224. Miss. Dev. Bank Special Obligation Jackson Pub. School Dist. | B | Interest | K | T | | | | | |
| 225. Miss. Business Finance Corporation | B | Interest | K | T | | | | | |
| 226. Lowndes Co. Miss Solid Waste Disp. Pollution Bonds | B | Interest | K | T | | | | | |
| 227. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency | A | Interest | K | T | | | | | |
| 228. Miss. Business Fin Corp Gulf Opp Zone Northrop Grumman | A | Interest | | | Redeemed | 12/10/10 | K | D | |
| 229. Harris Co. Houston, TX Sports Authority | A | Interest | J | T | | | | | |
| 230. Miss. Hosp. Equip. Facilities | A | Interest | J | T | | | | | |
| 231. Miss. Dev. Bank Special Oblig. Capital Projects | B | Interest | K | T | | | | | |
| 232. Tobacco Settl. Finc. Corp of LA | A | Interest | J | T | | | | | |
| 233. Miss. Dev. Bank Spec. Oblig. Munc. Energy Agency | B | Interest | K | T | | | | | |
| 234. Miss. Home Corp. Single Fmly. Mortgage | A | Interest | J | T | | | | | |
| 235. Puerto Rico Commonwealth Intra Fincancing | A | Interest | J | T | | | | | |
| 236. Puerto Rico Commwealth Intra. Financing | A | Interest | K | T | | | | | |
| 237. Enterprise Production Partners LP | A | Dividend | | | Sold | 10/20/10 | K | E | |
| 238. Miss. Development Bank Special Obligation | A | Interest | J | T | Buy | 11/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Miss. State University Educational Building Corp. Bond | A | Interest | J | T | Buy | 11/27/10 | J | | |
| 240. Miss. Development Bank Special Obligation ▓ | A | Interest | J | T | Buy | 08/27/10 | K | | |
| 241. Warren County, MS Gulf Opportunity Zone ▓ | B | Interest | L | T | Buy | 08/27/10 | L | | |
| 242. Warren County, MS Gulf Opportunity Zone ▓ | B | Interest | K | T | Buy | 08/11/10 | K | | |
| 243. Miss. Dev Bank Special Oblg. Southhaven, MS QSI ▓ | A | Interest | J | T | Buy | 08/11/10 | J | | |
| 244. Ms. Dev Bank Spec Oblg, Jackson, MS QSIP # ▓ | B | Interest | K | T | Buy | 08/11/10 | K | | |
| 245. Warren Co, MS Gulf Opp. Zone Int. Pap. ▓ | A | Interest | K | T | Buy | 08/05/10 | J | | |
| 246. Puerto Rico Commonwealth Inf. Financing | A | Interest | J | T | Buy | 08/05/10 | J | | |
| 247. LA Local Govt. Envior. Facilities Comm Dev ▓ | A | Interest | J | T | Buy | 08/03/10 | J | | |
| 248. MS Dev Bank Spec Oblg Capital Proj. ▓ | A | Interest | J | T | Buy | 07/23/10 | J | | |
| 249. MS Dev Bank Spec Oblg ▓ | A | Interest | J | T | Buy | 04/13/10 | J | | |
| 250. MS Dev Bank Special Oblg ▓ | A | Interest | J | T | Buy | 03/19/10 | J | | |
| 251. MS Bus Fin Corp Gulf Opp Zone South MS Elec ▓ | A | Interest | J | T | Buy | 03/17/10 | J | | |
| 252. MS Hospital Equip. & Facilities ▓ | C | Interest | K | T | Buy | 12/15/10 | K | | |
| 253. MS Bus Corp Pollution Cont. Entergy Systems ▓ | B | Interest | K | T | Buy | 11/19/10 | K | | |
| 254. Scotsburg, Indiana Health Facility ▓ | A | Interest | J | T | Buy | 10/21/10 | J | | |
| 255. Stonebridge Pub Improvement Dist ▓ | A | Interest | J | T | Buy | 09/09/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. MS Dev Bank Spec Oblg ▮▮▮▮ | A | Interest | J | T | Buy | 08/24/10 | J | | |
| 257. MS Dev Bank Spec Oblg ▮▮▮▮ | A | Interest | J | T | Buy (add'l) | 07/21/10 | J | | |
| 258. Pearl River, MS Comm College Unit Housing | A | Interest | J | T | Buy | 06/10/10 | J | | |
| 259. Choctaw Co. AL Revenue ▮▮▮▮ | A | Interest | J | T | Buy | 05/20/10 | J | | |
| 260. Flowood, MS Tax Increment Financing ▮▮▮▮ | A | Interest | J | T | Buy | 04/22/10 | J | | |
| 261. Gray Plains Energy | A | Dividend | J | T | Buy | 02/20/10 | J | | |
| 262. Newmont Mining | A | Dividend | | | Buy | 04/26/10 | J | | |
| 263. Newmont Mining | | | | | Sold | 04/06/10 | J | A | |
| 264. Phosphate Holdings | | None | J | T | Buy | 04/14/10 | J | | |
| 265. Newmont Mining | | None | | | Buy | 04/16/10 | J | | |
| 266. Newmont Mining | | None | | | Sold | 04/26/10 | J | A | |
| 267. GDX | | None | | | Buy | 05/17/10 | J | | |
| 268. GDX | | None | | | Sold | 06/03/10 | J | A | |
| 269. Regions Financial | A | Dividend | | | Sold | 06/10/10 | J | A | |
| 270. Hospitality Properties | | None | | | Buy | 07/16/10 | J | | |
| 271. Hospitality Properties | | None | | | Sold | 07/27/10 | J | A | |
| 272. Entergy, Inc. | | None | | | Buy | 08/12/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Hospitality Properties | | None | | | Buy | 08/24/10 | J | | |
| 274. Hospitality Properties | | None | | | Sold | 08/25/10 | J | A | |
| 275. Entergy, Inc. | A | Dividend | | | Sold | 08/27/10 | J | A | |
| 276. Entergy, Inc. | A | Dividend | | | Buy | 09/20/10 | J | | |
| 277. Entergy, Inc. | A | Dividend | | | Buy (add'l) | 09/28/10 | J | | |
| 278. Entergy, Inc. | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 279. GDX | | None | | | Sold | 10/05/10 | J | A | |
| 280. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 10/06/10 | J | | |
| 281. Entergy, Inc. | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 282. Entergy, Inc. | A | Dividend | | | Buy | 10/12/10 | J | | |
| 283. Entergy, Inc. | A | Dividend | | | Sold | 10/13/10 | J | A | |
| 284. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 10/21/10 | J | | |
| 285. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 11/21/10 | J | | |
| 286. International Paper | A | Dividend | J | T | Buy | 11/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Starrett, Keith | 2. Court or Organization U.S. District Court for the Southern Division of Mississippi | 3. Date of Report 8/24/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 1/1/2010 to 12/31/2010 |
| 7. Chambers or Office Address 701 N. Main Street Suite 228 Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Director | M-J-K, Inc. |
| 2. Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | |
| 3. | |

**Starrett , Keith A**

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $584.90 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 5/30/2010 - 6/5/2010 | Boston, MA | NADCP Board Meeting and Seminar | Travel Expenses (food, hotel, mileage, airfare) |
| 2. | Mississippi College School of Law | 8/11/2010 | Jackson, MS | Judge Moot Court Trials | Travel Expenses (food and mileage) |
| 3. | National Association of Drug Court Professionals | 11/17/2010 - 11/21/2010 | Alexandria, VA | NADCP Board Meeting | Travel Expenses (food, hotel, mileage, airfare) |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trustmark National Bank | Real Estate Loan | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy | E | Royalty | L | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Dividend | K | T | | | | | |
| 7. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 8. Regions National Bank | A | Interest | J | T | | | | | |
| 9. Royalty Interests Fernwood Field; Pike Co., MS | | None | | | Redeemed | 01/01/10 | J | | Became Worthless |
| 10. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 11. Timberland Pike Co., MS 7 Tracts | C | Rent | P1 | W | | | | | |
| 12. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 13. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 14. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 15. by Independent Investment Advisors | | | | | | | | | |
| 16. Assets of Trust | | | | | | | | | |
| 17. -SLIAX Mutual Fund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    I11 =$1,000,001 - $5,000,000    I12 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SLBAX Mutual Fund | | | | | | | | | |
| 19. -ABALX Mutual Fund | | | | | | | | | |
| 20. -EBAY | | | | | | | | | |
| 21. -QualComm., Inc. | | | | | | | | | |
| 22. -MNT | | | | | | | | | |
| 23. -MIRKQ (Mirant) name changed to G ENON | | | | | | | | | |
| 24. -Schnitzer Steel Industries | | | | | Sold (part) | 04/16/10 | J | D | |
| 25. -Quadra Mining | | | | | partial sell | 07/17/10 | J | C | |
| 26. -Contl Airlines Cl B | | | | | | | | | |
| 27. -Great Plains Energy | | | | | Buy | 04/03/10 | J | | |
| 28. -Sigma Designs | | | | | Sold | 05/28/10 | J | | |
| 29. -OZ Minerals, f/k/a Zinifex | | | | | | | | | |
| 30. -Century Aluminum | | | | | | | | | |
| 31. -Sirius XM, f/k/a XM Satellite Radio | | | | | | | | | |
| 32. -Anadigics, Inc. | | | | | | | | | |
| 33. -Rowan Companies | | | | | | | | | |
| 34. -EZ Chip Semiconductor, f/k/a Lanoptics LTD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Semitool, Inc. | | | | | | | | | |
| 36. -Hercules Offshore | | | | | | | | | |
| 37. -Patterson Energy | | | | | | | | | |
| 38. -Micron Tech | | | | | | | | | |
| 39. -Tata Motors | | | | | | | | | |
| 40. -Netlogic | | | | | | | | | |
| 41. -Aditya Birla Minerals | | | | | | | | | |
| 42. -First Nickel | | | | | | | | | |
| 43. -Laboratory Corp of America | | | | | | | | | |
| 44. -Perilya Ltd. | | | | | | | | | |
| 45. -Commercial Metals Co. | | | | | Sold | 11/17/10 | J | | |
| 46. -Liberty Mines | | | | | | | | | |
| 47. -Ivernia Inc. | | | | | | | | | |
| 48. -Anadigits Inc. | | | | | | | | | |
| 49. -Diana Shipping | | | | | | | | | |
| 50. -Intel Corp. | | | | | | | | | |
| 51. -Deere and Company | | | | | Sold | 06/18/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)          U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Apple Computer | | | | | | | | | |
| 53. -Phosphate Holdings, Inc. | | | | | | | | | |
| 54. -Teck Cominco Ltd. *Name changed to Teck Resources | | | | | | | | | |
| 55. -Castle A M & Company | | | | | Sold | 12/17/10 | J | | |
| 56. -Schnizer Steel | | | | | | | | | |
| 57. -Xilinx, Inc. Convertible Bond | | | | | | | | | |
| 58. -Teck Cominco Ltd. *Name changed to Teck Resources | | | | | Buy (add'l) | 03/26/10 | J | | |
| 59. -Quadra Mining, Ltd. | | | | | | | | | |
| 60. -Century Aluminum Company | | | | | | | | | |
| 61. -Whole Food Market, Inc. | | | | | | | | | |
| 62. -Dana Holding Corp. | | | | | | | | | |
| 63. -Synaptics, Inc. | | | | | Sold | 10/20/10 | J | A | |
| 64. -Northgate Minerals, Inc. | | | | | Sold | 10/10/10 | J | A | |
| 65. -Freeport McMoran Copper and Gold | | | | | Buy | 10/10/10 | K | | |
| 66. -Advanced Micro Devices | | | | | Sold | 09/09/10 | J | | |
| 67. -Quick Logic Corp | | | | | Sold | 02/09/10 | J | | |
| 68. -Newmont Mining | | | | | Buy | 04/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Obagi Medical Products | | | | | Buy | 04/16/10 | J | | |
| 70. -C F Holdings | | | | | Buy | 06/23/10 | J | | |
| 71. -Vivus | | | | | Buy | 07/13/10 | J | | |
| 72. -Goldman Sacks Bond | | | | | Buy | 07/20/10 | K | | |
| 73. -AIG Bond | | | | | Buy | 07/20/10 | J | | |
| 74. -General Electric Bond | | | | | Buy | 07/20/10 | J | | |
| 75. -Micron Technology Bond | | | | | Buy | 10/04/10 | J | | |
| 76. -Quicklogic Corp | | | | | Buy | 10/26/10 | J | | |
| 77. -AK Steeling Holdings | | | | | Buy | 11/26/10 | J | | |
| 78. -Sirius Radio | | | | | Buy | 12/31/10 | J | | |
| 79. -Compugen Ltd. | | | | | Buy | 07/20/10 | J | | |
| 80. -Synaptics | | | | | Buy | 07/17/10 | J | | |
| 81. -Northgate Minearl Corp. | | | | | Buy | 07/24/10 | J | | |
| 82. -Secured Loan to McMillan & Honea | | | | | | | | | |
| 83. -Regions National Bank Money Market Acct. | | | | | Redeemed | 07/24/10 | L | | |
| 84. -Timberland Copiah Co., MS | | | | | | | | | |
| 85. -Timberland Attala Co., MS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 87. -Guardian Life Insurance Policies | | | | | | | | | |
| 88. Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 89. Decisions made by Independent Advisors | | | | | | | | | |
| 90. Emerson Electric Co (M) | A | Dividend | K | T | | | | | . |
| 91. Medtronic Inc. (M) | | None | | | Sold | 06/18/10 | J | | |
| 92. Enterprise Partners, f/k/a Pioneer Natural Res Co (M) | B | Dividend | J | T | | | | | |
| 93. Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 94. Continental Airlines | | None | J | T | | | | | |
| 95. EZ Chip Semiconductor, f/k/a Lanoptics Ltd. | | None | J | T | | | | | |
| 96. Laboratory Corp of America | | None | J | T | | | | | |
| 97. Teck Cominico Ltd. *Name change to Teck Resources | A | Dividend | K | T | | | | | |
| 98. Quadra Mining, Ltd. | | None | K | T | | | | | |
| 99. Netlogic Microsystems, Inc. | | None | J | T | | | | | |
| 100. Whole Foods Market, Inc. | | None | J | T | | | | | |
| 101. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |
| 102. Vivus | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Nevada Copper Company | | None | J | T | | | | | |
| 104. Catepillar, Inc. | A | Dividend | J | T | | | | | |
| 105. Newmont Mining | A | Dividend | J | T | Buy | 04/12/10 | J | | |
| 106. Compugen Ltd. | | None | J | T | Buy | 06/18/10 | J | | |
| 107. Ensco Int | A | Dividend | J | T | | | | | |
| 108. Synaptics Inc. | | None | J | T | | | | | |
| 109. Monsanto, Inc. | A | Dividend | J | T | | | | | |
| 110. Mosaic, Inc. | A | Dividend | J | T | | | | | |
| 111. Phosphate Holdings | | None | J | T | | | | | |
| 112. Freeport McMoron Copper and Gold | A | Dividend | K | T | | | | | |
| 113. A K Steel | A | Dividend | J | T | | | | | |
| 114. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 115. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 116. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 117. -Breakwater Rosources Ltd. new | | | | | | | | | |
| 118. -Energy Conversion Devices | | | | | | | | | |
| 119. -Sigma Designs | | | | | Sold | 05/28/10 | J | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:             J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value          V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Quadra Mining | | | | | | | | | |
| 121. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | | | | | |
| 122. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | | | | | |
| 123. -Greenbrier Co | | | | | Sold | 08/25/10 | J | A | |
| 124. -Century Aluminum | | | | | | | | | |
| 125. -Anadigics, Inc. | | | | | | | | | |
| 126. -Rowan Companies | | | | | | | | | |
| 127. -Amgen | | | | | | | | | |
| 128. -Bancroft Convertible Fund | | | | | Sold | 12/22/10 | J | A | |
| 129. -Cree Research | | | | | Sold | 03/08/10 | J | A | |
| 130. -Ebay, Inc. | | | | | | | | | |
| 131. -Emerson Electric | | | | | | | | | |
| 132. -Altera Corp. | | | | | Sold | 10/28/10 | J | D | |
| 133. -Altair Nanotechnologies | | | | | Sold | 03/08/10 | J | | |
| 134. -EZ Chip Semiconductor, f/k/a Lanoptics | | | | | | | | | |
| 135. -Microvision | | | | | Sold | 03/08/10 | J | | |
| 136. -National Semiconductor | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Pfizer | | | | | Sold | 08/20/10 | J | | |
| 138. -Qualcomm | | | | | | | | | |
| 139. -Schnifzer Steel | | | | | | | | | |
| 140. -Semitool Inc. | | | | | Sold | 08/26/10 | J | | |
| 141. -Synaptics, Inc. | | | | | | | | | |
| 142. -Xilinx, Inc. (Convertable Bond) | | | | | | | | | |
| 143. -Ebay | | | | | | | | | |
| 144. -American Capital, Ltd. | | | | | Sold | 12/22/10 | K | C | |
| 145. -Northgate Minerals Corp. | | | | | | | | | |
| 146. -Calmaine Foods | | | | | Sold | 01/13/10 | K | C | |
| 147. -Mercator Minerals | | | | | | | | | |
| 148. -Obagi Medical Products | | | | | | | | | |
| 149. -Whole Foods Market, Inc. | | | | | | | | | |
| 150. -Steel Dynamics Convertible Bond | | | | | | | | | |
| 151. -Newmont Mining Convertible Bond | | | | | | | | | |
| 152. -Freeport McMoron Copper and Gold | | | | | | | | | |
| 153. -Market Vectors Gold Miners ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Micron Technology Convertible Bond | | | | | | | | | |
| 155. -Catepiller, Inc. | | | | | | | | | |
| 156. -Advanced Micro Devices Bond | | | | | | | | | |
| 157. -Xilinx, Inc. | | | | | Sold | 03/08/10 | J | | |
| 158. -Tata Motors | | | | | Buy | 06/18/10 | J | | |
| 159. -Ensco Int. | | | | | Buy | 06/18/10 | J | | |
| 160. -UAL Corp. Bond | | | | | Buy | 08/25/10 | J | | |
| 161. -Teck Resources | | | | | Buy | 08/25/10 | J | | |
| 162. -Newmont Mining | | | | | Buy | 08/25/10 | J | | |
| 163. -International Paper | | | | | Buy | 12/01/10 | K | | |
| 164. -Castle AM & Co | | | | | Buy | 06/18/10 | J | | |
| 165. -Commercial Metals | | | | | Buy | 06/18/10 | J | | |
| 166. -Hospitality Properties | | | | | Buy | 06/11/10 | K | | |
| 167. -Advanced Micro Dev. (Convertable Bond) | | | | | Buy | 06/11/10 | J | | |
| 168. -Teva Pharmaceutical (Convertable Bond) | | | J | T | Buy | 06/11/10 | J | | |
| 169. -U.S. Steel | A | Dividend | J | T | | | | | |
| 170. -Google, Inc. | | | | | Buy | 12/10/10 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA #2 All investment decisions made by independent | | | | | | | | | |
| 172. Investment Advisors | C | Dividend | K | T | | | | | |
| 173. -Allied Capital | | | | | Sold | 04/05/10 | J | | |
| 174. -Schnitzer Steel | | | | | | | | | |
| 175. -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | | | | | |
| 176. -Rowan Companies | | | | | | | | | |
| 177. -Continential Airlines | | | | | | | | | |
| 178. -Anadigics | | | | | | | | | |
| 179. -Laboratory Corp of Am | | | | | | | | | |
| 180. -Boeing, Inc. | | | | | Sold | 03/09/10 | J | | |
| 181. -Perilyn, Inc. | | | | | | | | | |
| 182. -Intel Corp | | | | | | | | | |
| 183. -Diana Shipping | | | | | | | | | |
| 184. -Universal Stainless and Alloy | | | | | | | | | |
| 185. -Ensco International | | | | | | | | | |
| 186. -Deere and Company | | | | | Sold | 06/18/10 | J | A | |
| 187. -Hospitality Properties | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Marketvector's Gold ETF | | | | | | | | | |
| 189.  -Catepiller, Inc. | | | | | | | | | |
| 190.  -United States Steel | | | | | | | | | |
| 191.  -Mosaic Co | | | | | | | | | |
| 192.  -C.F. Industries | | | | | | | | | |
| 193.  -Quadra Int | | | | | | | | | |
| 194.  -Newmont Mining | | | | | | | | | |
| 195.  Other assets owned individually by Keith Starrett | | | | | | | | | |
| 196.  Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 197.  Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 198.  Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 199.  Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 200.  Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 201.  Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |
| 202.  Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 203.  Timberland Lincoln Co., MS | A | Rent | L | W | | | | | |
| 204.  Time Share Condo; New Orleans, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 206.  Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Int./Div. | J | T | | | | | |
| 207.  Mirant Corp | | None | J | T | | | | | |
| 208.  Other Assets Owned Individually by Keith Starrett | | | | | | | | | |
| 209.  Charles Schwab Personal Account # 2 | | | | | | | | | |
| 210.  MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | K | T | | | | | |
| 211.  MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 212.  Educational Building Corp. Bond | A | Interest | J | T | | | | | |
| 213.  MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 214.  MS Home Corp. Bond | A | Interest | J | T | | | | | |
| 215.  MS Home Corp - Single Family Bond | A | Interest | J | T | | | | | |
| 216.  MS State Bond | B | Interest | K | T | | | | | |
| 217.  Virginia Tobacco Settlement Bond | A | Interest | J | T | | | | | |
| 218.  Parkway East Public Improvement Bond | B | Interest | J | T | | | | | |
| 219.  Harrison County Bond | B | Interest | K | T | | | | | |
| 220.  Tarrant County, Texas Bond | B | Interest | K | T | | | | | |
| 221.  MS Developement Bank Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. MS. Developement Bank Bond | A | Interest | J | T | | | | | |
| 223. Puerto Rico Commonwealth Bonds | B | Interest | K | T | | | | | |
| 224. Miss. Dev. Bank Special Obligation Jackson Pub. School Dist. | B | Interest | K | T | | | | | |
| 225. Miss. Business Finance Corporation | B | Interest | K | T | | | | | |
| 226. Lowndes Co. Miss Solid Waste Disp. Pollution Bonds | B | Interest | K | T | | | | | |
| 227. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency | A | Interest | K | T | | | | | |
| 228. Miss. Business Fin Corp Gulf Opp Zone Northrop Grumman | A | Interest | | | Redeemed | 12/10/10 | K | D | |
| 229. Harris Co. Houston, TX Sports Authority | A | Interest | J | T | | | | | |
| 230. Miss. Hosp. Equip. Facilities | A | Interest | J | T | | | | | |
| 231. Miss. Dev. Bank Special Oblig. Capital Projects | B | Interest | K | T | | | | | |
| 232. Tobacco Settl. Finc. Corp of LA | A | Interest | J | T | | | | | |
| 233. Miss. Dev. Bank Spec. Oblig. Munc. Energy Agency | B | Interest | K | T | | | | | |
| 234. Miss. Home Corp. Single Fmly. Mortgage | A | Interest | J | T | | | | | |
| 235. Puerto Rico Commonwealth Intra Financing | A | Interest | J | T | | | | | |
| 236. Puerto Rico Commwealth Intra. Financing | A | Interest | K | T | | | | | |
| 237. Enterprise Production Partners LP | A | Dividend | | | Sold | 10/20/10 | K | E | |
| 238. Miss. Development Bank Special Obligation | A | Interest | J | T | Buy | 11/02/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Miss. State University Educational Building Corp. Bond | A | Interest | J | T | Buy | 11/27/10 | J | | |
| 240. Miss. Development Bank Special Obligation QSIP | A | Interest | J | T | Buy | 08/27/10 | K | | |
| 241. Warren County, MS Gulf Opportunity Zone QSIP | B | Interest | L | T | Buy | 08/27/10 | L | | |
| 242. Warren County, MS Gulf Opportunity Zone QSIP | B | Interest | K | T | Buy | 08/11/10 | K | | |
| 243. Miss. Dev Bank Special Oblg. Southhaven, MS QSI | A | Interest | J | T | Buy | 08/11/10 | J | | |
| 244. Ms. Dev Bank Spec Oblg, Jackson, MS QSIP | B | Interest | K | T | Buy | 08/11/10 | K | | |
| 245. Warren Co, MS Gulf Opp. Zone Int. Pap. QSIP | A | Interest | K | T | Buy | 08/05/10 | J | | |
| 246. Puerto Rico Commonwealth Inf. Financing QSIP | A | Interest | J | T | Buy | 08/05/10 | J | | |
| 247. LA Local Govt. Envior. Facilities Comm Dev QSIP | A | Interest | J | T | Buy | 08/03/10 | J | | |
| 248. MS Dev Bank Spec Oblg Capital Proj. QSIP | A | Interest | J | T | Buy | 07/23/10 | J | | |
| 249. MS Dev Bank Spec Oblg QSIP | A | Interest | J | T | Buy | 04/13/10 | J | | |
| 250. MS Dev Bank Special Oblg QSIP | A | Interest | J | T | Buy | 03/19/10 | J | | |
| 251. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP | A | Interest | J | T | Buy | 03/17/10 | J | | |
| 252. MS Hospital Equip. & Facilities QSIP | C | Interest | K | T | Buy | 12/15/10 | K | | |
| 253. MS Bus Corp Pollution Cont. Entergy Systems QSIP | B | Interest | K | T | Buy | 11/19/10 | K | | |
| 254. Scotsburg, Indiana Health Facility QSIP | A | Interest | J | T | Buy | 10/21/10 | J | | |
| 255. Stonebridge Pub Improvement Dist QSIP | A | Interest | J | T | Buy | 09/09/10 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. MS Dev Bank Spec Oblg QSIF | A | Interest | J | T | Buy | 08/24/10 | J | | |
| 257. MS Dev Bank Spec Oblg QSIP | A | Interest | J | T | Buy (add'l) | 07/21/10 | J | | |
| 258. Pearl River, MS Comm College Unit Housing | A | Interest | J | T | Buy | 06/10/10 | J | | |
| 259. Choctaw Co. AL Revenue QSIP | A | Interest | J | T | Buy | 05/20/10 | J | | |
| 260. Flowood, MS Tax Increment Financing QSIP | A | Interest | J | T | Buy | 04/22/10 | J | | |
| 261. Gray Plains Energy | A | Dividend | J | T | Buy | 02/20/10 | J | | |
| 262. Newmont Mining | A | Dividend | | | Buy | 04/26/10 | J | | |
| 263. Newmont Mining | | | | | Sold | 04/06/10 | J | A | |
| 264. Phosphate Holdings | | None | J | T | Buy | 04/14/10 | J | | |
| 265. Newmont Mining | | None | | | Buy | 04/16/10 | J | | |
| 266. Newmont Mining | | None | | | Sold | 04/26/10 | J | A | |
| 267. GDX | | None | | | Buy | 05/17/10 | J | | |
| 268. GDX | | None | | | Sold | 06/03/10 | J | A | |
| 269. Regions Financial | A | Dividend | | | Sold | 06/10/10 | J | A | |
| 270. Hospitality Properties | | None | | | Buy | 07/16/10 | J | | |
| 271. Hospitality Properties | | None | | | Sold | 07/27/10 | J | A | |
| 272. Entergy, Inc. | | None | | | Buy | 08/12/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Hospitality Properties | | None | | | Buy | 08/24/10 | J | | |
| 274. Hospitality Properties | | None | | | Sold | 08/25/10 | J | A | |
| 275. Entergy, Inc. | A | Dividend | | | Sold | 08/27/10 | J | A | |
| 276. Entergy, Inc. | A | Dividend | | | Buy | 09/20/10 | J | | |
| 277. Entergy, Inc. | A | Dividend | | | Buy (add'l) | 09/28/10 | J | | |
| 278. Entergy, Inc. | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 279. GDX | | None | | | Sold | 10/05/10 | J | A | |
| 280. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 10/06/10 | J | | |
| 281. Entergy, Inc. | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 282. Entergy, Inc. | A | Dividend | | | Buy | 10/12/10 | J | | |
| 283. Entergy, Inc. | A | Dividend | | | Sold | 10/13/10 | J | A | |
| 284. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 10/21/10 | J | | |
| 285. Entergy, Inc. | A | Dividend | K | T | Buy (add'l) | 11/21/10 | J | | |
| 286. International Paper | A | Dividend | J | T | Buy | 11/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Following the original of this report and notice from the Committee, amendments to the report are made as hereinafter stated:

1. On October 26, 2008, Monsanto Company stock was bought at a value of less than $15,000.00 and should have been Code "J" and produced no income in 2009. This trade was inadvertently omitted from my 2009 report. The Monsanto Company stock is reported in this amended report.

2. On October 26, 2008, a purchase was made of stock in Mosaic Company, valued at less than $15,000.00. It should be value Code "J" and produced no income in 2009. This trade was
inadvertently omitted from my 2009 report.

3. It was pointed out in the audit letter that ILA (Aquila, Inc.) and Lanoptics, Ltd. were omitted from this report. On Line 134 of this report, Lanoptics was shown as E-Z Chip Semi-
Conductor, F/K/A Lanoptics. The name of the company has changed. There is no additional purchase or sale.

4. On Line 261, Gray (sic) Plains Energy was listed. This should have been "Great" Plains Energy. The stock known as Aquila or ILA was merged with Great Plains Energy and that is the
reason Aquila was not listed.

5. Also, on Line 191, Mosaic Company was listed, but it should have been shown as a purchase on October 26, 2008 in my 2009 report. No income was received in 2008. It should have
a value code of "J."

1. On October 26, 2008, Monsanto Company stock was bought at a value of less than $15,000.00 and should have been Code "J" and produced no income in 2009. This trade was inadvertently omitted from my 2009 report. The Monsanto Company stock is reported in this amended report.

2. On October 26, 2008, a purchase was made of stock in Mosaic Company, valued at less than $15,000.00. It should be value Code "J" and produced no income in 2009. This trade was
inadvertently omitted from my 2009 report.

3. It was pointed out in the audit letter that ILA (Aquila, Inc.) and Lanoptics, Ltd. were omitted from this report. On Line 134 of this report, Lanoptics was shown as E-Z Chip Semi-
Conductor, F/K/A Lanoptics. The name of the company has changed. There is no additional purchase or sale.

4. On Line 261, Gray (sic) Plains Energy was listed. This should have been "Great" Plains Energy. The stock known as Aquila or ILA was merged with Great Plains Energy and that is the
reason Aquila was not listed.

5. Also, on Line 191, Mosaic Company was listed, but it should have been shown as a purchase on October 26, 2008 in my 2009 report. No income was received in 2008. It should have
a value code of "J."

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 8/24/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544